UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                     MAG. 05-258 PAN

    v.

THAIESHA UNIQUA DAVIS,                   ORDER

        Defendant.

-o0o-

Plaintiff's application for reconsideration filed October 19, 2005, is granted and a court trial is scheduled for 9:00 a.m., Thursday, January 12, 2006.

So ordered.

Dated: November 28, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge